**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In Re:* | ) | Bankruptcy No. 07 B 00135 |
| | ) | |
| KEVIN C. MALLEY, | ) | Chapter 7 |
| | ) | |
| *Debtor(s)* | ) | Judge Manuel Barbosa |

## ORDER FOR TRUSTEE TO PAY FINAL ADMINISTRATIVE COSTS AND CLOSE ESTATE

UPON petition of Charles J. Myler, Trustee in Bankruptcy, for an order to pay final administrative costs, and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED:**

1. Movant is the duly authorized and acting trustee in bankruptcy of the above estate.

2. The total funds in the bankruptcy estate now amount to $879.76, incurred as the result of the trustee's receipt of insurance policy residuals from the insurance business the debtor formerly owned. According to the debtor and his attorney, no further residual payments have been received since August 24, 2007 and no further payments are expected.

3. Trustee counsel has already expended 3.1 hours of legal time amounting to $840.00. A trustee's fee, if paid would amount to $219.24  By reason of the foregoing the trustee requests that he be allowed to utilize the remaining funds of $879.76, plus any accrued interest, for the aforesaid administrative expenses and that the above estate be closed without filing a final report and account.

4. The above disbursement of $879.76 plus any accrued interest for administrative expenses of $840.00 for attorney's fees plus a trustee's fee of $219.24 is hereby authorized, confirmed and approved.

5. The estate may be closed without filing a final report and account.

ENTER this _____ day of June, 2008.

                                                            Manuel Barbosa, United States Bankruptcy Judge

Charles J. Myler, ARDC#2008602
Richard G. Larsen, ARDC #6193054
**MYLER, RUDDY & MCTAVISH**
105 East Galena Blvd., 8th Floor
Aurora, Illinois  60505
(630) 897-8475
(630) 897-8076 (fax)